No. 16,098.

DEARHAMMER ET AL. *v.* FLESHER ET AL.

(198 P. [2d] 455)

Decided August 23, 1948.  Rehearing denied September 20, 1948.

PER CURIAM.

Judgment affirmed en banc without written opinion, Mr. Justice Hilliard not participating.

Mr. ALBERT T. FRANTZ, Mr. HAROLD B. WAGNER, Mr. CARL A. WYERS, for plaintiffs in error.

Mr. JAMES W. CREAMER, for defendants in error Floyd Flesher and Edith Flesher.